# United States Court of Appeals

## For the First Circuit

No. 18-1214

IN RE: THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative for the Commonwealth of Puerto Rico; THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO, as representative for the Puerto Rico Highways and Transportation Authority,

Debtors.

AMBAC ASSURANCE CORPORATION,

Plaintiff, Appellant,

v.

COMMONWEALTH OF PUERTO RICO, through the Secretary of Justice; FINANCIAL OVERSIGHT AND MANAGEMENT BOARD; PUERTO RICO FISCAL AGENCY AND FINANCIAL ADVISORY AUTHORITY, through the Secretary of Justice; PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY, through the Secretary of Justice; RICARDO ROSSELLO NEVARES, through the Secretary of Justice; RAUL MALDONADO GAUTIER, through the Secretary of Justice; JOSE IVAN MARRERO-ROSADO; JOSE B. CARRION, III; CHRISTIAN SOBRINO VEGA; ANDREW G. BIGGS; CARLOS M. GARCIA; ARTHUR J. GONZALEZ; JOSE R. GONZALEZ; ANA J. MATOSANTOS; DAVID A. SKEEL, JR.; ELIAS SANCHEZ,

Defendants, Appellees,

OFFICIAL COMMITTEE OF UNSECURED CREDITORS,

Intervenor,

JOHN DOES 1-12,

Defendants.

**ERRATA SHEET**

The opinion of this court issued on June 24, 2019, is amended as follows:

On page 17, line 17, the word "Masters" is replaced with "Master."